### 21816. EDENFIELD v. THE STATE.

GRICE, Justice. *Code Ann.* § 26-6301 (Ga. L. 1956, p. 801) having been declared unconstitutional and void by this court in the case of *Simpson v. State,* 218 Ga. 337 (127 SE2d 907), it was error to overrule the general demurrer and to deny

the motion of the defendant to quash, both of which attacked the constitutionality of the law under which he was indicted and convicted.

*Judgment reversed.    All the Justices concur.*

SUBMITTED OCTOBER 8, 1962—DECIDED OCTOBER 30, 1962.

*John J. Sullivan,* for plaintiff in error.

*Andrew J. Ryan, Jr., Solicitor General, Sylvan A. Garfunkel, Assistant Solicitor General,* contra.